FILED
2017 May-31 PM 01:04
U.S. DISTRICT COURT
N.D. OF ALABAMA

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Carl Sanders
   AL Criminal Justice Training Center
   1005 Charles Byrd Blvd.
   Selma, AL 36703

   9590 9402 2712 6351 5175 25

2. Article Number (Transfer from service label)

   7017 0530 0000 1031 7186

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name): Deloris Newberry
C. Date of Delivery: 5/26/17

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   MAY 31

   4:17-cv-593-VEH

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☑ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Insured Mail
   ☐ Insured Mail Restricted Delivery (over $500)
   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053                    Domestic Return Receipt



USPS TRACKING #

9590 9402 2712 6351 5175 25

**United States Postal Service**

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4® in this box•

Hugo L. Black U.S. Courthouse
1729 5th Avenue North
Birmingham, AL 35203