# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **MICHAEL MCGREGOR,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO.:** |
| | ) | **4:17-CV-593-VEH** |
| **KIM THOMAS, et al,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## ORDER SETTING SCHEDULING CONFERENCE

As the parties have requested a hearing, a scheduling conference in the above-styled cause is set for **Thursday, August 17, 2017 at 2:30 P. M., in the 6th floor JURY ROOM of the undersigned**. One counsel of record for each party **MUST** appear in person. No counsel shall be allowed to participate by telephone.

**DONE** and **ORDERED** this the **9th** day of **August, 2017.**

*VEHopkins*

**VIRGINIA EMERSON HOPKINS**
**United States District Judge**