# NOTICE TO COUNSEL

This case is being reassigned from Judge Virginia Emerson Hopkins to Judge Annemarie Carney Axon. Please use case number **4:17-cv-593-ACA** on all subsequent pleadings.

Done on June 20, 2018.