## UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

Sharon N. Harris
Clerk

Joe Musso
Chief Deputy

| | | |
|---|---|---|
| Michael McGregor, | } | |
| | } | |
| Plaintiff, | } | |
| v. | } | Case Number: 4:17-cv-593-ACA |
| | } | |
| Jim Thomas, et al., | } | |
| | } | |
| Defendant. | } | |

### NOTICE OF REASSIGNMENT

The above-styled civil action has been reassigned to the Honorable Virginia Emerson Hopkins. Please use case number 4:17-cv-593-VEH on all subsequent pleadings.

DATED: June 21, 2018

SHARON N. HARRIS, CLERK

By:   K. Kimbrough
      Deputy Clerk

xc:   Judges
      Counsel