## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MICHAEL MCGREGOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO.: 4:17-cv-00593-VEH |
| KIM THOMAS, et al., | ) ) ) |
| Defendants. | ) |

**MOTION FOR ENTRY OF ORDER**

COMES NOW AltaPointe Health Systems, Inc. (hereinafter "AltaPointe"), a non-party in the above matter, and hereby requests the Court to review the subpoena attached hereto as Exhibit A, and enter an Order as required by the Public Health Service Act codified at 42 U.S.C. § 290dd-2, and the implementing Regulations adopted thereto contained in 42 CFR Part 2, which is necessary for AltaPointe to comply with said subpoena.

WHEREFORE, should the Court find that the production of the documents sought by said subpoena is necessary to promote the interest of justice and would not be harmful to the physician or psychologist/psychiatrist/patient relationship or harmful to the treatment services program at large, AltaPointe would ask that the Court enter the appropriate Order, attached hereto, setting forth its reasons and findings for such compulsion.

Respectfully Submitted,

    *s/ Jessica L. Welch*
JESSICA L. WELCH (WELCJ6853)
Attorney for Altapointe Health Systems, Inc.
P. O. Box 1988
Mobile, Alabama 36633
(251) 432-7682
Email: tpt@johnstoneadams.com

OF COUNSEL:

JOHNSTONE ADAMS, L.L.C.

# CERTIFICATE OF SERVICE

    I hereby certify that this 6th day of August, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

| | |
|---|---|
| Russell Rourke Ainsworth<br>Rachel Elaine Brady<br>Ruth Zemel Brown<br>Sarah Grady<br>Roshna Keen<br>Theresa Kleinhaus<br>LOEVY & LOEVY<br>311 N. Aberdeen Third Floor<br>Chicago, IL  60607<br>(312) 243-5900<br>russell@loevy.com<br>brady@loevy.com<br>ruth@loevy.com<br>sarah@loevy.com<br>roshna@loevy.com<br>tess@loevy.com | Henry F. (Hank) Sherrod, III<br>Henry F. Sherrod, III, P.C.<br>119 South Court Street<br>P.O. Box 606<br>Florence, Alabama  35631-0606<br>(888) 764-4141<br>hank@alcivilrights.com |
| C. Richard Hill, Jr.<br>Robert F. Northcutt<br>W. Allen Sheehan<br>CAPELL & HOWARD, P.C.<br>P.O. Box 2069<br>Montgomery, Alabama  36102-2069<br>(334) 241-8049<br>allen.sheehan@chlaw.com<br>bob.northcutt@chlaw.com<br>rick.hill@chlaw.com | Bart G. Harmon<br>Alabama Department of Corrections<br>Legal Division<br>P.O. Box 301501<br>Montgomery, Alabama  36130-1501<br>(334) 353-3881<br>bart.harmon@doc.alabama.gov |
| Philip G. Piggott<br>STARNES DAVIS FLORIE, LLP<br>100 Brookwood Place, 7th Floor<br>P.O. Box 598512<br>Birmingham, Alabama  35259-8512<br>(205) 868-6000<br>pgp@starneslaw.com | |

                                           *s/ Jessica L. Welch*