# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA

| | |
|---|---|
| MICHAEL MCGREGOR, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO.: 4:17-cv-00593-VEH |
| KIM THOMAS, et al., | ) |
| Defendants. | ) |

## ORDER

This matter is before the Court on the Motion for Entry of Order filed by AltaPointe Health Systems, Inc. ("AltaPointe"), a non-party in the above action, in response to the subpoena issued by the Defendants to AltaPointe.  Said Subpoena seeks to require AltaPointe to produce records pertaining to **Michael McGregor**, as specified in said subpoena, *or at such other date and time as the Court may order*.

After considering arguments of counsel, legal precedents and evidence, this Court is of the opinion that good cause, as detailed in 42 U.S.C. § 290dd-2(b)(2)(C), exists to authorize the testimony and production of said records and that such disclosure of this information will promote the interest of justice.  Furthermore, the disclosure of the information contained in said records and the testimony thereon is necessitated because there exist no other means to obtain the equivalent information or the other ways of obtaining the information will not be effective, the need for disclosure of the information outweighs the public interest against disclosure, and, in this case, outweighs potential harm to the effected service or program and outweighs any harm to the effected therapist/counselor/patient relationship.

{1368384.1}

It is therefore ORDERED, ADJUDGED and DECREED that AltaPointe is to produce the records sought by said subpoena at the time and place set forth in said subpoena, or at such other date and time as the Court may order.  However, in order to protect the confidential nature of and to protect the unauthorized disclosure of the covered documents, the following terms and conditions shall apply to the production of any documents:

1. All documents actually produced by AltaPointe shall be designated "protected information" which shall be treated as confidential by the Parties, attorneys and/or any other employees, agents or representatives of the Parties or their attorneys (hereinafter referred to as "involved Parties").  Furthermore, said involved Parties shall not permit disclosure of any such documents, their contents or any portion thereof, to any persons other than those persons who may be designated by the Court;

2. Before filing any information that has been designated "protected information" with the Court or any pleadings, motions or other papers that disclose any such information, the filing party shall follow the procedure for filing documents under seal as outlined in S.D. Ala. GenLR 5.2.

3. All "protected information" and copies thereof shall be returned to AltaPointe or shall be destroyed or returned to counsel for said non-parties without expense to them upon termination or trial of this matter, or after appeal of any final judgment.

4. Counsel for the Party who has requested these records shall reimburse AltaPointe and for reasonable cost incurred in locating and copying the "protected information".

DONE and ORDERED this the ____ day of _____, 2018.

_____
UNITED STATES DISTRICT JUDGE