# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| **MICHAEL MCGREGOR,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 4:17-CV-0593-VEH |
| | ) |
| **KIM THOMAS, et al.,** | ) |
| | ) |
| Defendants. | ) |

## ORDER

A subpoena has been served on AltaPointe Health Systems, Inc. (hereinafter "AltaPointe"), a non-party. This case comes before the Court on AltaPointe's Motion for Entry of a Protective Order. (Doc. 58). No later than August 13, 2018, the parties shall respond to the motion. As part of their response, the Defendants, as the parties who caused the subpoena to be issued, are **ORDERED** to explain why the subpoena return date is a date which has already passed.

**DONE** and **ORDERED** this 8th day of August, 2018.

**VIRGINIA EMERSON HOPKINS**
United States District Judge