FILED
2018 Aug-13 PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA

| | | |
|---|---|---|
| MICHAEL MCGREGOR, | ) | Case No. 4:17-cv-00593 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | John E. Ott |
| | ) | Magistrate Judge |
| KIM THOMAS, et al., | ) | |
| Defendants. | ) | |

### PLAINTIFF'S REPSONSE TO ALTAPOINTE
### HEALTH SYSTEM'S MOTION FOR ENTRY OF ORDER

Plaintiff Michael McGregor, by his attorneys, hereby responds to AltaPointe Health System's Motion for Entry of Order (Doc. No. 58-1), stating as follows:

Defendants have subpoenaed Plaintiff's medical records from AltaPointe Health System.

Plaintiff does not oppose AltaPointe Health System's motion for entry of a protective order.

RESPECTFULLY SUBMITTED,

Michael McGregor,

BY: /s/ Rachel Brady
One of Plaintiffs' Attorneys

Russell Rourke Ainsworth
Roshna Bala Keen
Ruth Zemel Brown
Tess Kleinhaus
Rachel Brady
Loevy & Loevy
311 N. Aberdeen, Third Floor
Chicago, IL 60607
brady@loevy.com

# **CERTIFICATE OF SERVICE**

   I, Rachel Brady, an attorney, certify that on August 13, 2018, I served the foregoing Plaintiff's Response to AltaPointe Health System's Motion for Entry of Order on all counsel of record via electronic mail.

                     /s/ Rachel Brady
                      One of Plaintiffs' Attorneys