UNITED STATES DISTRICT COURT
Northern District of Alabama
Office of the Clerk
Room 140, 1729 5th Avenue North
Birmingham, Alabama 35203
(205) 278-1700

| Sharon N. Harris | Joe Musso |
|---|---|
| Clerk | Chief Deputy |

## NOTICE OF REASSIGNMENT

This case is being reassigned from Judge Virginia Emerson Hopkins to Judge Liles C. Burke. Please use case number **4:17-CV-593-LCB** on all subsequent pleadings.

DATED: October 23, 2018

SHARON N. HARRIS, CLERK

By:__*Kimberly Clark*_____
Deputy Clerk

SNH: kwc

xc:  Judges
     Counsel