FILED
2019 Jan-03 PM 05:09
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| **JOHN THOMAS MILLER** | ) | Case Nos.  4:17-cv-00180 |
| **MICHAEL MCGREGOR** | ) | 4:17-cv-00593 |
| **MICHAEL TOWNSEL** | ) | 4:17-cv-00516 |
| **WILLIAM CASEY** | ) | 4:17-cv-00563 |
| **ANTHONY ZELLER** | ) | 4:17-cv-00564 |
| **Plaintiffs,** | ) | **Consolidated for Discovery Before** |
| | ) | **Magistrate Judge John E. Ott** |
| | ) | |
| **KIM THOMAS, et al.,** | ) | **Hon. Judge Liles C. Burke** |
| **Defendants.** | ) | |

## JOINT MOTION TO EXTEND DEADLINES

Counsel for each of the Plaintiffs and Defendants in these actions file this Joint Motion to Extend Deadlines for discovery in these cases and state as follows:

1. These cases have been consolidated solely for the purpose of discovery. Scheduling Orders were entered in each of the cases on or about November 30, 2017 (Dkt. 61). The deadlines in those Scheduling Orders were extended twice by Order of the Court, first on March 8, 2018, and again on September 18, 2018. (Dkt. 66, 72).[1]

2. Counsel for the parties have cooperated thus far in discovery, including in scheduling depositions. Despite counsel's best efforts to schedule depositions in this matter, five Defendant depositions remain. A number of Defendants are no longer DOC employees or no longer work at St. Clair Correctional Facility so scheduling depositions has required a great deal of effort for counsel for Defendants.

---

[1] For ease of reading, citations are made only to the docket corresponding to Mr. Miller's case, 4:17-cv-00180.

Counsel are actively working together to schedule the remaining Defendants' depositions in January.

3. Set forth below are the current deadlines, as well as new proposed deadlines. The proposed new deadlines are several months before the current trial readiness date as shown below. The dispositive motion deadline and trial readiness date are unchanged.

| Date | Event per Prior Extension Deadlines | Proposed New Deadlines |
|---|---|---|
| 12/12/18 | PL's expert witness disclosures due | 1/31/19 |
| 2/13/18 | DFs' expert witness disclosures due | 3/15/19 |
| 3/01/19 | PL's deadline for expert rebuttal reports, if any | 3/29/19 |
| 3/15/19 | Deadline for all discovery | 4/12/19 |
| 4/01/19 | Joint Status Report Due | 4/30/19 |
| 4/30/19 | Dispositive Motions Due | 4/30/19 (no change) |
| 08/15/19 | Trial Readiness Date | 8/15/19 (no change) |

WHEREFORE, the parties respectfully request that the Court enter the Proposed Order with the proposed new deadlines.

Respectfully submitted,

/s/ *Theresa Kleinhaus*
Theresa Kleinhaus
One of Plaintiffs' Attorneys

Ruth Zemel Brown
Roshna Bala Keen
Theresa Kleinhaus
Rachel Brady
Megan Pierce
LOEVY & LOEVY

311 N. Aberdeen Third Floor
Chicago, IL 60607
Email: Tess@loevy.com

                                                  */s/ Robert F. Northcutt*
                                                  Robert F. Northcutt (ASB-9358-T79R)
                                                  W. Allen Sheehan (ASB-7274-L69S)
                                                  C. Richard Hill, Jr. (ASB-0773-L72C)
                                                  *Counsel for Defendants*

CAPELL & HOWARD, P.C.
Post Office Box 2069
Montgomery, AL 36102-2069
Bob.Northcutt@chlaw.com
 Rick.Hill@chlaw.com

                                                  */s/ Bart G. Harmon*
                                                  Bart G. Harmon (ASB-4157-R61B)
                                                  Counsel for Defendants

ALABAMA DEPARTMENT OF CORRECTIONS
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
Bart.Harmon@doc.alabama.gov

                                                  */s/ Philip G. Piggott*
                                                  Philip G. Piggott (ASB-4379-P67P)
                                                  Counsel for Defendant, Dr. Walter Wilson

Philip G. Piggott
STARNES DAVIS FLORIE LLP
PO Box 598512
Birmingham, AL 35259-8512
pgp@starneslaw.com

                                                  */s/ Alan B. Lasseter*
                                                  Alan B. Lasseter (ASB-0854-S82A)
                                                  Counsel for Plaintiff

Alan B. Lasseter
LASSETER LAW FIRM, P.C.
19 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203
alan@lasseterlaw.com

>/s/ Henry F. (Hank) Sherrod III
>Henry F. (Hank) Sherrod III
>(ASB-1200-D63H)
>One of Plaintiff's Attorneys

Henry F. Sherrod, III
HENRY F. SHERROD, III, P.C.
PO Box 606
Florence, AL 35631-0606
hank@alcivilrights.com

## CERTIFICATE OF SERVICE

I, Theresa Kleinhaus, an attorney, certify that on January 3, 2019, I caused the foregoing Joint Motion to Extend Deadlines to be filed via the Court's CM/ECF electronic filing system and thus effected service on all counsel of record.

>/s/ Theresa Kleinhaus