# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| JOHN THOMAS MILLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON DUNN, et al., )<br>)<br>Defendants. ) | Case No. 4:17-cv-00180-LCB-JEO |
| MICHAEL STANLEY TOWNSEL, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON DUNN, et al., )<br>)<br>Defendants. ) | Case No. 4:17-cv-00516-LCB-EO |
| WILLIAM CASEY, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON DUNN, et al., )<br>)<br>Defendants. ) | Case No. 4:17-cv-00563-JEO |
| ANTHONY ZELLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>JEFFERSON DUNN, et al., )<br>)<br>Defendants. ) | Case No. 4:17-cv-00564-KOB-JEO |

| | |
|---|---|
| MICHAEL MCGREGOR, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:17-cv-00593-LCB-JEO |
| | ) |
| JEFFERSON DUNN, et al., | ) |
| | ) |
| Defendants. | ) |

# ORDER

This matter is before the court on the Joint Motion of the parties to extend the discovery deadlines in the above-captioned cases. (*See e.g.* Doc. 83 in 4:17-cv-180-LCB-JEO; Doc. 66 in 4:17-cv-5616-LCB-JEO; Doc. 71 in 4:17-cv-564-LCB-JEO). Good cause having been shown, the motion is **GRANTED** as to each case. All deadlines are extended as follows:

| | |
|---|---|
| Plaintiffs' Expert Disclosures Due | January 31, 2019 |
| Defendants' Expert Disclosures Due | March 15, 2019 |
| Plaintiffs' Expert Rebuttal Reports Due | March 29, 2019 |
| Discovery Deadline | April 12, 2019 |
| Joint Status Report Due | April 30, 2019 |
| Dispositive Motions Deadline | April 30, 2019 |
| Trial Ready Date | August 15, 2019 |

**DONE** and **ORDERED**, this the 7th day of January, 2019.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge