FILED
2019 Jan-30 PM 01:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| JOHN THOMAS MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00180-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| MICHAEL STANLEY TOWNSEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00516-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| MICHAEL MCGREGOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00593-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |

**ORDER**

This matter is before the court on Plaintiffs' Joint Motion to Seal Their Joint Motion to Compel in the above-captioned cases. (Doc. 90 in 4:17-cv-180-LCB-JEO; Doc. 72 in 4:17-cv-516-LCB-JEO; and Doc. 75 in 4:17-cv-593-LCB-JEO). Good cause having been shown, the motions are **GRANTED**. The Clerk of the

Court is **DIRECTED** to seal the following documents: Doc. 88 in 4:17-cv-180-LCB-JEO; Doc. 70 in 4:17-cv-516-LCB-JEO; and Doc. 73 in 4:17-cv-593-LCB-JEO.

In light of the filing of an Amended Joint Motion to Compel in each case (Doc. 89 in 4:17-cv-180-LCB-JEO; Doc. 71 in 4:17-cv-516-LCB-JEO; and Doc. 74 in 4:17-cv-593-LCB-JEO), the Clerk of the Court is **FURTHER DIRECTED** to **TERM** the original Joint Motion to Compel in each case (Doc. 88 in 4:17-cv-180-LCB-JEO; Doc. 70 in 4:17-cv-516-LCB-JEO; and Doc. 73 in 4:17-cv-593-LCB-JEO).

**DONE** and **ORDERED**, this the 30th day of January, 2019.

_____
**JOHN E. OTT**
Chief United States Magistrate Judge