## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
## MIDDLE DIVISION

| | | |
|---|---|---|
| JOHN THOMAS MILLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00180-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| MICHAEL STANLEY TOWNSEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00516-LCB-JEO |
| | ) | |
| JEFFERSON DUNN, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| WILLIAM CASEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00563-JEO |
| | ) | |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| ANTHONY ZELLER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:17-cv-00564-KOB-JEO |
| | ) | |
| KIM THOMAS, et al., | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| MICHAEL MCGREGOR, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 4:17-cv-00593-LCB-JEO |
| JEFFERSON DUNN, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

The court has conducted another telephone conference call with counsel in the above-captioned matters.  As a result, it is hereby **ORDERED**:

1. The defendants' unopposed motion for leave to take the deposition of Inmate James Harnage (AIS No. 239251), who is in the Custody of the Alabama Department of Corrections,[1] is **GRANTED**.  Counsel for the defendants, including counsel for the Department of Corrections, are to make the necessary arrangements for the deposition of Inmate Harnage and the other inmates to be deposed in these matters in accordance with FED. R. CIV. P. 30(a)(2)(B).

2. To the extent Plaintiffs' counsel finds the defendants' privilege log objectionable concerning the production of the Culliver materials, counsel are to meet and confer to attempt

---

1. Doc. 104 in 4:17-cv-180-LCB-JEO;  Doc. 90 in 4:17-cv-516-LCB-JEO; Doc. 49 in 4:17-cv-563-JEO; Doc. 58 in 4:17-cv-564-KOB-JEO; and, Doc. 89 in 4:17-cv-593-LCB-JEO.

to resolve the difficulties. If they cannot, the court will set a briefing schedule on the matter during the next telephone conference call.

3. To the extent Plaintiffs' counsel seek to have the court impose sanctions upon Defendant Jacob Hamilton for failing to show up for a court-ordered deposition (*see* Doc. 83 in 4:17-cv-180-LCB-JEO), they may file any appropriate motion by **March 27, 2019**. Counsel for Defendant Hamilton may file a response to the motion by **April 3, 2019**. **Any hearing on the motion will be held on Friday, April 5, 2019, at 10:00 a.m., in Courtroom 3B, at the Hugo L. Black Federal Courthouse in Birmingham, Alabama. Defendant Hamilton is required to attend. If he fails to do so, a warrant will be issued for his arrest**. It is anticipated that the outstanding discovery will be completed and or satisfied regarding Hamilton by that juncture. If it is not it will be addressed by the court at the hearing. Additionally, Defendant Hamilton will be deposed on that day following the hearing.

4. **Counsel for the parties (including counsel for Plaintiffs William Casey and Anthony Zeller)** shall participate in the

<a>
</a>

next telephone status conference call on **Monday, April 2, 2019, at 4:00 p.m.**[2]

Counsel for Hamilton is to make sure that he is provided a copy of the court's order as soon as reasonably possible to afford him adequate opportunity to be present for the April 5, 2019 hearing.

**DONE** and **ORDERED**, this the 21st day of March, 2019.

*John E. Ott*
_____
**JOHN E. OTT**
Chief United States Magistrate Judge

---

2. The call-in number is 888-808-6929 and the pass code is 5917763.