# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ALABAMA
### MIDDLE DIVISION

| | | |
|---|---|---|
| **JOHN THOMAS MILLER** | ) | **Case Nos. 4:17-cv-00180** |
| **MICHAEL MCGREGOR** | ) | **4:17-cv-00593** |
| **MICHAEL TOWNSEL** | ) | **4:17-cv-00516** |
| **WILLIAM CASEY** | ) | **4:17-cv-00563** |
| **ANTHONY ZELLER** | ) | **4:17-cv-00564** |
| **Plaintiffs,** | ) | **Consolidated for Discovery Before** |
| | ) | **Magistrate Judge John E. Ott** |
| **v.** | ) | |
| | ) | |
| **KIM THOMAS, et al.,** | ) | |
| **Defendants.** | ) | |

## UNOPPOSED MOTION FOR LEAVE OF THE COURT TO TAKE THE DEPOSITION OF *INMATE BRADLEY GANT (AIS NO. 231794)* IN THE CUSTODY OF THE ALABAMA DEPARTMENT OF CORRECTIONS

COME NOW the Defendants and move this Honorable Court, pursuant to Rule 30(a)(2)(B) of the *Federal Rules of Civil Procedure*, for leave to take the deposition of *Inmate Bradley Gant (AIS NO. 231794)*, who is in the custody of the Alabama Department of Corrections, consistent with the principles stated in Rule 26(b)(2) and Rule 30(b)(1) of the *Federal Rules of Civil Procedure*. Leave to take this deposition is necessary in order to complete discovery in this matter.

Inmate Bradley Gant is currently assigned to Bibb Correctional Facility in Brent, Bibb County, Alabama. The deposition will take place at this facility on March 29, 2019, or such other date(s) agreed to by counsel, if necessary, beginning

at 10:00 A.M. and continuing until completed.   If the Court disagrees, the Defendants alternatively request that permission to take this deposition be granted for a later date.

Respectfully submitted,

/s/ W. Allen Sheehan
**ROBERT F. NORTHCUTT (ASB-9358-T79R)**
**C. RICHARD HILL (ASB-0773-L72C)**
**W. ALLEN SHEEHAN (ASB-7274-L69S)**
*Counsel for Defendants*

**CAPELL & HOWARD, P.C.**
Post Office Box 2069
Montgomery, AL 36102-2069
Email:Bob.Northcutt@chlaw.com
        Rick.Hill@chlaw.com
        Allen.Sheehan@chlaw.com

/s/ Bart G. Harmon
**Bart G. Harmon (ASB-4157-R61B)**
*Counsel for Defendants*

**Alabama Department of Corrections**
Legal Division
PO Box 301501
Montgomery, AL 36130-1501
Bart.Harmon@doc.alabama.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of March, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record as follows:

Jon Loevy
Theresa Kleinhaus
Ruth Brown
Roshan Bala Keen
Rachel Brady
Megan Pierce
**LOEVY & LOEVY**
311 N. Aberdeen Third Floor
Chicago, IL 60607

Henry F. Sherrod, III
**HENRY F. SHERROD, III, P.C.**
119 South Court Street
P.O. Box 606
Florence, AL 35631-0606

Philip G. Piggot
**STARNES DAVIS FLORIE LLP**
POB 598512
Birmingham, AL 35259-8512

Alan B. Lasseter
**LASSETER LAW FIRM, P.C.**
19 Richard Arrington Jr. Blvd. North
Birmingham, AL 35203


/s/ W. Allen Sheehan
Of Counsel